AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**JAMES M. MCHANEY**

**CRIMINAL COMPLAINT**

**(Name and Address of Defendant)**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 30, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**using a facility of interstate commerce, that is a computer and modem, connected to the Internet, did knowingly attempt to persuade, induce, entice and coerce a minor under 18 years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code §3008.**

in violation of Title **18** United States Code, Section(s) **2422(b)**.

I further state that I am **SPECIAL AGENT SCOTT SCHELBLE**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**SPECIAL AGENT SCOTT SCHELBLE**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____ at **Washington, D.C.**
Date                                                   City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer

**STATEMENT OF FACTS**

A cooperating witness ("CW")informed the affiant that he is acquainted with an individual known to him as "Mike" who worked for a member of Congress; that "Mike" had a sexual interest in male children and that the CW and "Mike" had exchanged images of child pornography with each other on previous occasions. CW also provided a cellular telephone number for "Mike" and a screen name for the person he knew as "Mike".

Investigation determined that the screen name used by "Mike" resolved to James Michael Mchaney. Further investigation determined that Mchaney is employed by a member of Congress and presently resides at xxxxx x xxxxxx, xxxxxxxxxx, Washington, D.C. Mchaney's date of birth is xxxxxx xx, xxxx. Investigators obtained a District of Columbia driver's license photograph of James Michael Mchaney and showed it to the CW who confirmed that the individual depicted in the photograph was the same person he knows as "Mike".

On November 30, 2007, the CW, working in an undercover capacity under the supervision of law enforcement agents, went on-line and observed that "Mike" was on-line also. At approximately 12:15 p.m., CW initiated contact by saying "Hey, what's up.?" The on-line conversation took place using AOL. After approximately ten minutes, CW asked "Mike" whether he was going to be at work all day; "Mike" said he could take a long lunch. CW asked whether "Mike" was interested in engaging in anal sex with a 13 year-old boy. "Mike" said "I'll be there.." "Mike" asked whether the child was at CW's residence and agreed to meet CW and the child at a predetermined location. "Mike" then asked whether CW had a photograph of the child with whom he and CW were going to have sex and whether the child had "any pubes." When CW said no, "Mike" said "That's hot".

At approximately 1:15 p.m. law enforcement officers observed James Michael Mchaney at the lobby of a predetermined location. He was placed under arrest for the offense of Attempted Child Exploitation in violation of 18 U.S.C. § 2422(b).'

Your affiant knows that anal penetration of a child under the age of sixteen years old by a person more than four years younger than the child constitutes sexual activity for which the defendant could be prosecuted pursuant to 22 D.C. Code 3008.

_____
SPECIAL AGENT SCOTT SCHELBLE
FEDERAL BUREAU OF INVESTIGATION

Sworn and subscribed before me on this ___ day of December, 2007.

_____
U.S. MAGISTRATE JUDGE