UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

V.                              : Cr. No. 07-616-M-01

JAMES M. MCHANEY                :

**ENTRY OF APPEARANCE**

Please enter my appearance as RETAINED counsel for the Defendant, JAMES M. MCHANEY in the above captioned case.

_____
Thomas Abbenante #227934
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
202-223-6539
Fax. No. 202-452-0067
Email Address: tabbenante@aol.com